

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2018

No. 04-17-00118-CR

Roxanne Y. **CHAVEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0769
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The court has considered Appellant's motion for rehearing and motion for en banc reconsideration. The motions are DENIED. *See* TEX. R. APP. P. 49.5, 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2018.



Keith E. Hottle
Clerk of Court